UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE C. LATRONICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUBLE TREE BY HILTON, et al.,<br><br>  Defendants. | Case No.  15-cv-01709-DMR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 8, 9, 10 |

The court has received the various documents filed by Plaintiff. *See* Docket Nos. 8, 9, 10. The court notes that Plaintiff's address has been corrected to the one listed on her Notice of Change of Address. The court **grants** Plaintiff's request to extend the deadline for filing her Amended Complaint. The Amended Complaint shall be filed by **May 25, 2015.**

The court also notes that Plaintiff has mailed ex parte communications directly to chambers. Such communications are inappropriate and will not be considered.

**IT IS SO ORDERED.**

Dated: May 13, 2015

Donna M. Ryu
United States Magistrate Judge